# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ELGIN LOUIS TAYLOR, JR., et al.

       Plaintiffs,

       v.

CHRIS CHRISTIE, et al.

       Defendants.

Civil Action No. 15-6712 (MAS) (TJB)
*(Lead Case)*

Order for Dismissal
Pursuant to Fed.R.Civ.P. 4(m)

    It appearing that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

    **IT IS** on this 24th day of May, 2017,

    **ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

                                      s/Michael A. Shipp
                                      **MICHAEL A. SHIPP**
                                      **UNITED STATES DISTRICT JUDGE**